This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Glenna Selsor v. Lincoln National Life Insurance Company

| | |
|---|---|
| Case Number | 41D02-2606-PL-000102 |
| Court | Johnson Superior Court 2 |
| Type | PL - Civil Plenary |
| Filed | 06/30/2026 |
| Status | 06/30/2026 , Pending (active) |

## Parties to the Case

Defendant Lincoln National Life Insurance Company

Address
1301 South Harrison Street
Fort Wayne, IN 46802

Attorney
Pro Se

(877) 275-5462(W)

Plaintiff Selsor, Glenna

Address
52 Pebble Creek Drive
Greenwood, IN 46143

Attorney
James Aiston Land Buddenbaum
*#1451149, Retained*

251 N. Illinois Street
Suite 1800
Indianapolis, IN 46204
317-269-2500(W)

## Chronological Case Summary

06/30/2026 **Case Opened as a New Filing**

06/30/2026 **Complaint/Equivalent Pleading Filed**
Complaint and Demand for Jury Trial

Filed By: Selsor, Glenna
File Stamp: 06/30/2026

06/30/2026 **Appearance Filed**
Appearance of James A.L. Buddenbaum for Plaintiff

For Party: Selsor, Glenna
File Stamp: 06/30/2026

EXHIBIT
A

06/30/2026 **Subpoena/Summons Filed**

Summons to Lincoln National Life Ins. Co. c/o Registered Agent

Filed By: Selsor, Glenna
File Stamp: 06/30/2026

06/30/2026 **Subpoena/Summons Filed**

Summons to Lincoln National Life Ins. Co. c/o Highest Ranking Officer

Filed By: Selsor, Glenna
File Stamp: 06/30/2026

07/09/2026 **Certificate of Service - separately filed**

Notice of Proof of Service

Filed By: Selsor, Glenna
File Stamp: 07/08/2026

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Selsor, Glenna**

Plaintiff

Balance Due (as of 07/21/2026)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 316.00 | 0.00 | 316.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 06/30/2026 | Transaction Assessment | 316.00 |
| 06/30/2026 | Electronic Payment | (316.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JOHNSON SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF JOHNSON | ) | CAUSE NO. ________________________ |

GLENNA SELSOR, )
)
Plaintiff, )
)
v. )
)
LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
)
Defendant. )

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Glenna Selsor ("Plaintiff"), by counsel, for her Complaint against Defendant, Lincoln National Life Insurance Company ("Defendant"), alleges as follows:

**PARTIES**

1. Plaintiff, Glenna Selsor is an individual residing at 52 Pebble Creek Drive, Greenwood, Johnson County, Indiana 46143.

2. Defendant, Lincoln National Life Insurance Company, is a domesticated insurance company authorized to do business in the State of Indiana with its principal place of business at 1301 South Harrison Street, Fort Wayne, Indiana 46802.

**JURISDICTION AND VENUE**

3. Jurisdiction and venue are proper in this Court because the events giving rise to this action occurred in this jurisdiction and Defendant conducts business herein.

**FACTUAL ALLEGATIONS**

4. Defendant issued a life insurance policy (the "Policy") insuring the life of William Delmar Selsor (the "Insured").

5. Plaintiff was a designated beneficiary of the Policy and is entitled to receive the proceeds upon the death of the Insured.

6. The Policy was in full force and effect at all relevant times, including on November 27, 2024.

7. On November 27, 2024, the Insured, William Delmar Selsor, died.

8. Plaintiff timely notified Defendant of the Insured's death and submitted all required documentation and proof of claim in accordance with the terms of the Policy.

9. Despite Plaintiff's compliance with all policy conditions, Defendant has failed and refused to pay the life insurance proceeds due and owing under the Policy.

10. Defendant has not provided a reasonable or valid basis for its denial or delay of payment.

11. Defendant's conduct has caused Plaintiff financial harm and other damages.

**COUNT I – BREACH OF CONTRACT**

12. Plaintiff incorporates by reference the foregoing paragraphs as if fully set forth herein.

13. The Policy constitutes a valid and enforceable contract between Plaintiff and Defendant.

14. Plaintiff has performed all conditions precedent required under the Policy.

15. Defendant breached the Policy by failing and refusing to pay the benefits due upon the death of the Insured.

16. As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in an amount equal to the Policy benefits, together with interest and other consequential damages.

**COUNT II – INSURER BAD FAITH**

17. Plaintiff incorporates by reference the foregoing paragraphs as if fully set forth herein.

18. Defendant owed Plaintiff a duty of good faith and fair dealing in handling her claim for life insurance benefits.

19. Defendant breached this duty by, among other things:

a. Failing to conduct a reasonable and prompt investigation of Plaintiff's claim;

b. Unreasonably delaying payment of benefits;

c. Denying or failing to pay the claim without a reasonable basis;

d. Failing to provide a reasonable explanation for its denial or delay; and

e. Placing its own financial interests above those of Plaintiff.

20. Defendant's actions were willful, wanton, malicious, and in reckless disregard of Plaintiff's rights.

21. As a result of Defendant's bad faith conduct, Plaintiff has suffered additional damages including, but not limited to, financial losses, emotional distress, and is entitled to punitive damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendant as follows:

A. Awarding compensatory damages in an amount equal to the life insurance policy proceeds;

B. Awarding consequential damages as permitted by law;

C. Awarding punitive damages for Defendant's bad faith conduct;

D. Awarding pre-judgment and post-judgment interest;

E. Awarding costs of this action and, where permitted, attorney's fees; and

F. Granting all other just and proper relief.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands trial by jury.

Respectfully submitted,

PARR RICHEY FRANDSEN PATTERSON KRUSE LLP

/s/ *James A.L. Buddenbuam*
James A. L. Buddenbaum (14511-49)
251 North Illinois Street
Suite 1800
Indianapolis, IN 46204
(317) 269-2500
jbuddenbaum@parrlaw.com

*Attorney for Glenna Selsor*

STATE OF INDIANA ) IN THE JOHNSON SUPERIOR COURT
) SS:
COUNTY OF JOHNSON ) CAUSE NO. ____________________________

GLENNA SELSOR )
)
Plaintiff, )
)
v. )
)
THE LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
)
Defendant. )

**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

**Party Classification: Initiating**

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

Plaintiff, Glenna Selsor

2. Applicable attorney information for service as required by Ind. Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

James A.L. Buddenbaum (14511-49)
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 North Illinois Street
Suite 1800
Indianapolis, IN 46204-4216
(317) 269-2500
jbuddenbaum@parrlaw.com

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a __PL__ case type under Administrative Rule 8(B)(3).

4. This case involves child support issues. Yes____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

______ Attorney's address

______ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

______ Another address (provide)

________________________________________________

This case involves a petition for involuntary commitment. Yes ____ No ___X_____

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: ________________________________________

________________________________________________

b. State of Residence of person subject to petition: ____________________________

________________

c. At least one of the following pieces of identifying information:

(i) Date of Birth ____________

(ii) Driver's License Number ________________________
State where issued ______________ Expiration date ___________

(iii) State ID number ______________________________
State where issued _________ Expiration date ______________________

(iv) FBI number ____________________________



7596822

(v) Indiana Department of Corrections Number ________________________

(vi) Social Security Number is available and is being provided in an attached confidential document Yes ___________ No_______________

7. There are related cases: Yes ________ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule:

______________________________________________________________________

9. There are other party members: Yes _______ No __X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached: Yes __X__ No ___

Respectfully submitted,

PARR RICHEY FRANDSEN PATTERSON KRUSE LLP

/s/ *James A.L. Buddenbaum*
James A.L. Buddenbaum (14511-49)
jbuddenbaum@parrlaw.com

*Attorney for Plaintiff Glenna Selsor*

STATE OF INDIANA ) IN THE JOHNSON COUNTY SUPERIOR COURT
) SS:
COUNTY OF JOHNSON ) CAUSE NO. ______________________________

GLENNA SELSOR )
)
Plaintiff, )
)
v. )
)
LINCOLN NATIONAL LIFE INSURANCE )
COMPANY, )
)
Defendant. )

## SUMMONS

TO DEFENDANT: Lincoln National Life Insurance Company
c/o Corporation Service Company, Registered Agent
135 North Pennsylvania Street
Suite 1600
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated 6/30/2026

Trena McLaughlin
Clerk, Johnson County Circuit & Superior Courts

JOHNSON COUNTY COURTS SEAL INDIANA

**Attorney for Plaintiff:**
James A.L. Buddenbaum (14511-49)
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone: (317) 269-2500 / Fax: (317) 269-2514
jbuddenbaum@parrlaw.com

**Clerk Information:**
5 East Jefferson Street
Franklin, IN 46131
(317) 346-4450

**The following manner of service of Summons is hereby designated:**

**___X___ Registered or Certified Mail**
**________ Service on individual at above address: County ____________**
**________ Service on agent: (specify) ________________________________________**
**________ Service by Publication**

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of ______________________ 2026, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Lincoln National Life Insurance Company, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated ________________

____________________________________________
Clerk, Johnson County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the __ day of ________ 2026.

I hereby certify that the attached return receipt was received by me on the _____ day of _________2026 showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by _______________ (age) _________ on behalf of said Defendant on the _ day of ________________ 2026.

____________________________________________
Clerk, Johnson County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _______ ________________________________________________________________________________ ______.

Dated ________________

____________________________________________
Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the ______ day of ________________ 2026.

(2) By leaving a copy of the Summons and a copy of the Complaint:
a) at the dwelling place or usual place of abode of the Defendant
b) with a person of suitable age and discretion residing therein, namely
____________________________________________
c) and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

____________________________________________
Sheriff of Johnson County, Indiana

By: ______________________________________
Printed Name

41D02-2606-PL-000102
Johnson Superior Court 2

Filed: 6/30/2026 2:25 PM
Clerk
Johnson County, Indiana

STATE OF INDIANA ) IN THE JOHNSON COUNTY SUPERIOR COURT
) SS:
COUNTY OF JOHNSON ) CAUSE NO. ______________________________

GLENNA SELSOR )
)
Plaintiff, )
)
v. )
)
LINCOLN NATIONAL LIFE INSURANCE COMPANY, )
)
)
Defendant. )

## SUMMONS

TO DEFENDANT: Lincoln National Life Insurance Company
c/o Highest Ranking Officer
1301 South Harrison Street
Fort Wayne, IN 46802

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated 6/30/2026

[signature]
Clerk, Johnson County Circuit & Superior Courts

JOHNSON COUNTY COURTS SEAL INDIANA

**Attorney for Plaintiff:**
James A.L. Buddenbaum (14511-49)
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone: (317) 269-2500 / Fax: (317) 269-2514
jbuddenbaum@parrlaw.com

**Clerk Information:**
5 East Jefferson Street
Franklin, IN 46131
(317) 346-4450

**The following manner of service of Summons is hereby designated:**

**________ Registered or Certified Mail**
**________ Service on individual at above address: County ____________**
**___X___ Service on agent: (specify) Service by Sheriff at address above**
**________ Service by Publication**

7596795

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of ______________________ 2026, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Lincoln National Life Insurance Company, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated ________________

___________________________________________
Clerk, Johnson County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the __ day of ________ 2026.

I hereby certify that the attached return receipt was received by me on the _____ day of _________2026 showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by _______________ (age) _________ on behalf of said Defendant on the . day of ________________ 2026.

___________________________________________
Clerk, Johnson County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _______ ________________________________________________________________________________ ______.

Dated ________________

___________________________________________
Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the ______ day of ________________ 2026.

(2) By leaving a copy of the Summons and a copy of the Complaint:
- a) at the dwelling place or usual place of abode of the Defendant
- b) with a person of suitable age and discretion residing therein, namely ____________________________________________
- c) and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

___________________________________________
Sheriff of Johnson County, Indiana

By: ___________________________________
Printed Name

FILED
July 08, 2026
CLERK, JOHNSON CIRCUIT
& SUPERIOR COURTS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JOHNSON SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF JOHNSON | ) | CAUSE NO. 41D02-2606-PL-000102 |

GLENNA SELSOR, )
)
Plaintiff, )
)
v. )
)
LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
)
Defendant. )

**NOTICE OF PROOF OF SERVICE**

Pursuant to Indiana Rules of Trial Procedure 4.15 and 5, Plaintiff Glenna Selsor, certifies that she served via Certified Mail, Return Receipt, the following documents upon Defendant Lincoln National Life Insurance Company, c/o Corporation Service Company, Registered Agent. Proof of Service is attached hereto as **Exhibit A**.

1. Complaint and Demand for Jury Trial;

2. Summons to Lincoln National Life Insurance Company, c/o Corporation Service Company, Registered Agent; and

3. Appearance of counsel for Plaintiff.

Respectfully submitted,

**PARR RICHEY FRANDSEN PATTERSON KRUSE LLP**

/s/ *James A.L. Buddenbuam*
James A. L. Buddenbaum (14511-49)
jbuddenbaum@parrlaw.com

*Attorney for Plaintiff Glenna Selsor*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing was served upon all counsel of record via the Court's electronic filing system (IEFS) the 8th day of July 2026.

/s/ *James A.L. Buddenbaum*
James A.L. Buddenbaum

PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 North Illinois Street
Suite 1800
Indianapolis, IN 46204
(317) 269-2500
jbuddenbaum@parrlaw.com

**EXHIBIT A**

**From:** clientsupport@walzpostal.com
**Sent:** Wednesday, July 8, 2026 2:02 PM
**To:** Michelle Mosgrove
**Subject:** Your Certified Mail was Delivered

Dear Michelle,

Our records show that your Certified Mail was delivered today. Please log-in to your CertifiedPro.net account to retrieve your delivery scan information.

REFERENCE NUMBER ARTICLE NUMBER

12116.040839 - Selsor 9314869904300151965955

For information on your other Certified Mail pieces, please click on www.certifiedpro.net and log in to your CertifiedPro.net account.

THIS IS AN AUTOMATED ACKNOWLEDGEMENT FROM THE WALZ CERTIFIEDPRO.NET SYSTEM. PLEASE DO NOT REPLY TO THIS E-MAIL.

**Disclaimer**

The information contained in this email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

WALZ
A COVIUS SOLUTION

# Proof of Acceptance (Electronic)

Date : 7/2/2026

Company Name : Parr Richey

Certified Mail Article Number 9314869904300151965955 addressed to Lincoln National Life Insurance Company c/o Corporation Se

| USPS Event Date/Time | USPS Event Description | USPS Event Location |
|---|---|---|
| 7/2/2026 11:27 AM | PICKED UP | INDIANAPOLIS, IN 46204 |

The article number and United States Postal Service (USPS®) tracking event details provided above is a true extract of information provided by the USPS to CertifiedPro.net, a solution provided by Covius Document Services, LLC.

Recipient Mailing Address:

Lincoln National Life Insurance Company
c/o Corporation Service Company, Registered Agent
135 North Pennsylvania Street
Suite 1600
Indianapolis, IN 46204

The above information is for the sole use of CertifiedPro.net clients and represents information provided by the United States Postal Service.

# Transaction Details

Recipient:
Lincoln National Life Insurance Company
c/o Corporation Service Company, Registered Agent
135 North Pennsylvania Street
Suite 1600
Indianapolis, IN 46204

Sender:
James A.L. Buddenbaum
Parr Richey
251 North Illinois
Suite 1800
Indianapolis, IN 46204

| | |
|---|---|
| Date Created: | 07/01/2026 9:56 AM |
| Date Mail Delivered: | 07/08/2026 11:59 AM |
| USPS Article Number: | 9314869904300151965955 |
| Return Receipt Article Number: | Not Applicable |
| Service Options: | Return Receipt - Electronic<br>Certified Mail |
| Mail Service: | Certified |
| Reference #: | 12116.040839 - Selsor |
| Postage: | $1.63 |
| Certified Mail Fees: | $8.12 |
| Status: | Delivered |

| | |
|---|---|
| Transaction created by: | mmosgrove |
| User ID: | 37122 |
| Firm Mailing Book ID: | None |
| Batch ID: | |

# Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Certified Mail | 07-01-2026 12:41 PM | [USPS] - PRESHIPMENT INFO SENT USPS AWAITS ITEM at INDIANAPOLIS,IN |
| USPS® Certified Mail | 07-02-2026 11:27 AM | [USPS] - PICKED UP at INDIANAPOLIS,IN |
| USPS® Certified Mail | 07-02-2026 07:44 PM | [USPS] - DEPART POST OFFICE at INDIANAPOLIS,IN |
| USPS® Certified Mail | 07-03-2026 06:41 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS IN DISTRIBUTION CE |
| USPS® Certified Mail | 07-08-2026 02:40 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS IN DISTRIBUTION CE |
| USPS® Certified Mail | 07-08-2026 09:07 AM | [USPS] - ARRIVAL AT UNIT at INDIANAPOLIS,IN |
| USPS® Certified Mail | 07-08-2026 09:18 AM | [USPS] - OUT FOR DELIVERY at INDIANAPOLIS,IN |
| USPS® Certified Mail | 07-08-2026 11:59 AM | [USPS] - CERTIFIED MAIL DELIVERED INDIVIDUAL PICKED UP AT PO at INDIANAPOLIS,IN |